# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANIYRA SCOTT,<br>　　Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 23-CV-3371 |
| CITY OF PHILADELPHIA PARKING AUTHORITY, PARKING VIOLATIONS BRANCH,<br>　　Defendant. | : <br> : <br> : <br> : | |

## ORDER

AND NOW, this 2nd day of October, 2023, upon consideration of Plaintiff Shaniyra Scott's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Amended Complaint (ECF No. 6) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Clerk of the Court is **DIRECTED** to **CHANGE** the title of ECF Number 6 to "Amended Complaint."

4. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this Case.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　**/s/ Juan R. Sánchez**
　　　　　　　　　　　　　　　　　　**JUAN R. SÁNCHEZ, C.J.**